==============================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

----------------

NO. 97-17298
CT/AG#: CV-96-01679-GEB/DAD

JAMES C. MAHON, individually; GLORIA R. MAHON, individually

    Plaintiffs - Appellants

v.

CREDIT BUREAU OF PLACER COUNTY INCORPORATED, a California corporation; EUGENE BELLISARIO, individually

    Defendants - Appellees

----------------------

APPEAL FROM the United States District Court for the Eastern District of California (Sacramento).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Eastern District of California (Sacramento) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered    March 10, 1999
         amended    April 18, 1999

Costs taxed.

FILED
MAY 10 1999
CLERK, U.S. DIS.
EASTERN DISTRICT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAY 06 1999
by
Deputy Clerk



United States District Court
for the
Eastern District of California
May 10, 1999

* * CERTIFICATE OF SERVICE * *

2:96-cv-01679

Mahon

v.

Credit Bureau Placer

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  May 10, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

David Irvin Abrams
Law Offices of David I Abrams
The Metro Centre
1600 Sacramento Inn Way
Suite 228
Sacramento, CA   95815

Mark Ewell Ellis
Murphy Pearson Bradley and Feeney
88 Kearny Street
Suite 1000
San Francisco, CA   94108-5530

SF/GEB

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk